No. 104. ADIRONDACK TRANSIT LINES, INC. *v.* HUDSON TRANSIT LINES, INC.; and

No. 105. UNITED STATES ET AL. *v.* HUDSON TRANSIT LINES, INC. *Per Curiam:* The motions to affirm are granted and the judgment is affirmed. MR. JUSTICE BLACK, MR. JUSTICE REED, and MR. JUSTICE DOUGLAS dissent. *Martin J. Kelly, Jr.* for appellant in No. 104. *Solicitor General Perlman* and *Daniel W. Knowlton* for appellants in No. 105. *Samuel Weiss* and *James F. X. O'Brien* for appellee.

No. 122. BALL, TRUSTEE, *v.* UNITED STATES ET AL. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. MR. JUSTICE CLARK took no part in the consideration or decision of this case. *Joseph W. Henderson* and *George M. Brodhead* for appellant. *Solicitor General Perlman* for the United States; and *Albert C. Bickford, Louis Phillips* and *George G. Gallantz* for Paramount Pictures, Inc. et al., appellees.